IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | Chapter 13 |
| LYNDA HANSEL, | ) | Case No. 18-33562 |
| | ) | Judge:  BAER |
| Debtor(s). | ) | |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee:  USTPRegion11.ES.ECF@usdoj.gov
Glenn Stearns, Chapter 13 Trustee:  mcguckin_m@lisle13.com

*To the following persons or entities who have been served via U.S. Mail:*
        See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at Kane County Courthouse, 100 S. Third, Geneva, IL  60134, and in the following courtroom (or any other place posted), and present the attached **Motion to Modify Chapter 13 Plan to Defer the Plan Payment Default,** at which time and place you may appear.

        JUDGE:    BAER
        ROOM:     240
        DATE:     November 22, 2019
        TIME:     9:30 AM

## PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Christine H. Clar, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: October 31, 2019                    /s/ Christine H. Clar_____
                                                     Christine H. Clar, A.R.D.C. #6202332
                                                     Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100

*To the following persons or entities who have been served via U.S. Mail:*

Lynda Hansell
242 Keck Ave.
Aurora, IL  60505

Quantum3 Group
MOMA Trust
P.O. Box 788
Kirkland, WA  98083

Capital One Bank
American Infosource
P.O. Box 71083
Charlotte, NC  28272

JP Morgan Chase
c/o Robertson, Anschutz, & Schneid
6409 Congress Ave., Ste. 100
Boca Raton, FL  33487

Hyundai Capital America/Kia
P.O. Box 20825
Fountain Valley, CA  92728

PYOD
Resurgent Capital Services
P.O. Box 19008
Greenville, SC  29602

Synchrony Bank
PRA Receivables Management
P.O. Box 41021
Norfolk, VA  23541

Capital One
c/o Becket & Lee
P.O. Box 3001
Malvern, PA  19355-0701

TD Bank
c/o Weinstein & Riley
2001 Western Ave., Ste. 400
Seattle, WA  98121

Citibank
701 East 60th Street North
Sioux Falls, SD  57117

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | Chapter 13 |
| LYNDA HANSEL, | ) | Case No. 18-33562 |
| | ) | Judge:  BAER |
| Debtor(s). | ) | |

## MOTION TO MODIFY CHAPTER 13 PLAN
## TO DEFER THE PLAN PAYMENT DEFAULT

NOW COME the debtor, LYNDA HANSEL, by and through her attorneys, DAVID M. SIEGEL AND ASSOCIATES, LLC, to present this Motion, and in support thereof states as follows:

1)      Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2)      On December 3, 2018, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on March 1, 2019.  That Glenn Stearns was appointed Trustee in this case.

3)      The Debtor's Chapter 13 plan provides for payments of $775.00 for an initial plan term of 60 months, with payments to the General Unsecured Creditors of 100% of their allowed claims.

4)      The Debtor has paid $3,278.83.00 into her Chapter 13 Plan.

5)      That Debtor is behind in her plan payments due to losing her job.  She is now back to work at Grandma's Table, Inc., and can resume making her monthly plan payments.

6)      The plan payment default is approximately $4,471.17.00 through October 2019.

7)      The Debtor proposes to modify her Chapter 13 plan pursuant to 11 U.S.C. §1329 to defer the anticipated plan payment default to the end of the plan.  Debtor makes this proposal in good faith and with the intention of completing her Chapter 13 plan.

8)      Deferring the plan payment default will not cause the confirmed Chapter 13 plan to run longer than 60 months.

WHEREFORE, the Debtor, prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,
/s/ Christine H. Clar_____
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100